LUCERO, J.,
concurring.
I join the majority opinion in full. I write separately to note that 18 U.S.C. § 2518(3) is in need of congressional attention. Both the terminology and the mechanisms for intercepting calls have bypassed the quaint language of this statute.
Section 2518(3) empowers judges to authorize the interception of “electronic communications within the territorial jurisdiction of the court in which the judge is sitting.” Id. Judges may also authorize interception “outside that jurisdiction but within the United States in the case of a mobile interception device.” Id. The congressional discussion of this provision, which like the statute appears trapped in history, suggests that the phrase “mobile interception device” would apply “to both a *1119 listening device installed in a vehicle and to a tap placed on a cellular or other telephone instrument installed in a vehicle.” S. Rep. No. 99-541, at 30 (1986), as reprinted in 1986 U.S.C.C.A.N. 3555, 3584.
It seems that Congress intended to cover situations in which a phone being monitored under a wiretap order leaves the original jurisdiction. But in crafting language to deal with this contingency, Congress presumed that authorities would have to install a physical device to monitor calls. See id. (discussing two hypotheticals, one in which a judge “authorize[s] the installation of a device and the device will be installed within the court’s jurisdiction, but the suspect will subsequently move outside that jurisdiction,” and one in which “a device [is] authorized for installation in an automobile” but the vehicle is “moved to another district prior to installation”). Advances in wiretapping technology have rendered that presumption inaccurate. Mobile phone calls may now be monitored without a device located in close physical proximity to the phone.
Nevertheless, I agree with the majority opinion that we should not torture this statutory text to apply to all calls placed from a mobile phone. It is for Congress to update § 2518(3) to account for modern devices if it so chooses.